
O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN DAVENPORT, | ) | Case No. CV 09-01948-JFW (OP) |
| Petitioner, | ) | |
| vs. | ) | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |
| JOHN W. HAVILAND, | ) | |
| Respondent. | ) | |

On March 23, 2009, Kevin Davenport ("Petitioner"), filed the current Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). Petitioner also filed a Motion for Stay and Abeyance pending exhaustion of certain claims for relief contained in the Petition.

A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d). Petitioner presently is confined at the California State Prison Solano in Vacaville, California, which is located in Solano County. Solano County is located within the jurisdictional boundaries of the Eastern District of California. See 28 U.S.C. § 84(b). Moreover, it appears from the face of the Petition that Petitioner is challenging a conviction sustained in the Kern County Superior Court.

1  (Pet. at 2.)  Kern County is also located within the Eastern District of California.
2  See 28 U.S.C. § 84(b).
3       Accordingly, while the Petition could properly have been filed in the Eastern
4  District of California, it was not properly filed in the Central District of California.
5       When a habeas petitioner is challenging his underlying conviction or
6  sentence, the district court for the district in which the petitioner was convicted and
7  sentenced is a more convenient forum because of the accessibility of evidence,
8  records and witnesses.  As a result, it generally is the practice of the district courts
9  in California to transfer habeas actions questioning state convictions/sentences to
10 the district in which the petitioner was convicted and sentenced.  Here, since
11 Petitioner was convicted and sentenced in the Eastern District of California, any
12 and all records, witnesses and evidence necessary for the resolution of Petitioner's
13 contentions are more readily available in Kern County.  See Laue v. Nelson, 279 F.
14 Supp. 265, 266 (N.D. Cal. 1968).  Therefore, in furtherance of the interest of
15 justice,
16     **IT IS ORDERED** that the Clerk of this Court transfer this matter to the
17 United States District Court for the Eastern District of California.  See 28 U.S.C. §
18 2241(d).
19     **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of
20 this Order upon Petitioner and upon the California Attorney General.

22 DATED: April 3, 2009

                                 HONORABLE JOHN F. WALTER
                                 United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

| | |
|---|---|
| ☐ | ADR |
| ☐ | BAP (Bankruptcy Appellate Panel) |
| ☐ | BOP (Bureau of Prisons) |
| ☐ | CA St Pub Defender (Calif. State PD) |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) |
| ☐ | Chief Deputy Admin |
| ☐ | Chief Deputy Ops |
| ☐ | Clerk of Court |
| ☐ | Death Penalty H/C (Law Clerks) |
| ☐ | Dep In Chg E Div |
| ☐ | Dep In Chg So Div |
| ☐ | Federal Public Defender |
| ☐ | Fiscal Section |
| ☐ | Intake Section, Criminal LA |
| ☐ | Intake Section, Criminal SA |
| ☐ | Intake Supervisor, Civil |
| ☐ | MDL Panel |
| ☐ | Ninth Circuit Court of Appeal |
| ☐ | PIA Clerk - Los Angeles (PIALA) |
| ☐ | PIA Clerk - Riverside (PIAED) |
| ☐ | PIA Clerk - Santa Ana (PIASA) |
| ☐ | PSA - Los Angeles (PSALA) |
| ☐ | PSA - Riverside (PSAED) |
| ☐ | PSA - Santa Ana (PSASA) |
| ☐ | Schnack, Randall (CJA Supervising Attorney) |
| ☐ | Statistics Clerk |

| | |
|---|---|
| ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | US Bankruptcy Court |
| ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | US Probation Office (USPO) |
| ☐ | US Trustee's Office |
| ☐ | Warden, San Quentin State Prison, CA |

☐ *ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____